FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 11  AM 11: 27

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHNNIE ODUM,

      Plaintiff,

v.

BULLOCH COUNTY PUBLIC
DEFENDER OFFICE; BULLOCH
COUNTY JAIL; BULLOCH COUNTY,
and JACK WILLIAMSON, Public
Defender,

      Defendants.

CIVIL ACTION NO.: CV606-054

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 11th day of SEPTEMBER, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)